1
2
3
4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | No. **1:07-CV-828 OWW DLB** |
| VINCENT ABAD, | **ORDER RESETTING MANDATORY** |
| Plaintiff(s), | **SCHEDULING CONFERENCE (ENE)** |
| v. | |
| DIVERSIFIED ADJUSTMENT, etc. | **NEW DATE: November 1, 2007** |
| Defendant(s). | **TIME:   8:45 A.M.** |
| _____/ | **COURTROOM: NINE** |
| | **DENNIS L. BECK** |
| | **U.S. MAGISTRATE JUDGE** |

Pursaunt to the stipulation of the parties, this matter has been referred to the Early Neutral Evaluation Project (ENE). The project guidelines and Fed.R.Civ.P. 16, require the Court to enter a Scheduling Conference Order (ENE) within 120 days of the date of filing the Complaint. Therefore, it is ordered that you appear for a formal Scheduling Conference before the assigned U.S. Magistrate Judge on the above-referenced date, at the United States Courthouse, 2500 Tulare Street, Fresno, California. Because of the mandate of Rule

1  16, F.R.Civ.P., continuances beyond said 120 days cannot be
2  granted.
3       Because of the mandates of Rule 16, *supra*, this Order may
4  be served upon counsel for the plaintiff before appearances of
5  defendants are due.  It is the obligation of counsel for the
6  plaintiff(s) to serve a copy of this Order on the
7  defendant(s), or, if identified, on their counsel, promptly
8  upon receipt of this Order, and to file an appropriate proof
9  of such service with the Court in compliance with Rule 135(a),
10 Local Rules of Practice for the Eastern District of
11 California,
12      Attendance at the Scheduling Conference is mandatory upon
13 each party not represented by counsel or, alternatively, by
14 retained counsel.  Only counsel who are thoroughly familiar
15 with the facts and law of the instant case, and who have full
16 authority to bind his or her client shall appear.  Trial
17 counsel should participate in this conference whenever
18 possible. It may be necessary for you to spend as much time as
19 45 minutes in this conference.
20      A Joint Scheduling Report (ENE), carefully prepared and
21 executed by all counsel, shall be submitted in full compliance
22 with the requirements as set forth in Exhibit A, attached
23 hereto.  **This Joint Scheduling Report must be filed with the**
24 **Court one full week before the Scheduling Conference.**
25      For reference purposes, the Court requires that counsels'

1   Joint Scheduling report indicate the date, time, and courtroom
2   of the Scheduling Conference opposite the caption on the first
3   page of the Report.
4       Among other things, you will be expected to discuss the
5   possibility of settlement and whether the case is an
6   appropriate one for inclusion in the Early Neutral Evaluation
7   Project.  Counsel are to thoroughly discuss settlement as well
8   as the other issues to be addressed in the Scheduling Report
9   with each other, before undertaking the preparation the Joint
10  Scheduling Report.  However, even if settlement negotiations
11  are progressing, you are expected to comply with the
12  requirements of this Order unless excused by the Court.  If
13  the case is settled, please inform the Court, and your
14  presence and the Joint Scheduling Report will not be required.
15
16      **Counsel whose office is more than 50 miles from the**
17  **Courthouse may request that their attendance be by telephonic**
18  **conference.**  Counsel must arrange for such an appearance in
19  advance and must take the responsibility in arranging for such
20  call or conference call by contacting the Courtroom Clerk for
21  the assigned Magistrate Judge.
22
23
24
25

1
2          DATED: September 27, 2007
3
4                                        /s/ OLIVER W. WANGER
5                                        United States District Judge

At least twenty (20) days before the ENE Scheduling Conference, the actual trial counsel for all parties shall conduct and conclude a conference at a time and place arranged by counsel for the Plaintiff. This conference shall be preferably a personal conference between counsel, but due to the distances involved in this District, a telephonic conference call involving all counsel is permissible. The Joint Scheduling Report (ENE) shall respond to the following items by corresponding number paragraphs:

1. Summary of the factual and legal contentions set forth in the pleadings of each party, including the relief sought by any party presently before the Court.

2. Any proposed amendment to the pleadings presently on file shall be filed by its proponent contemporaneously with the Scheduling Conference Report. If the matter cannot be resolved at the Scheduling Conference, the matter will be set as a Motion to Amend in accordance with the Rules of Practice of the Eastern District of California.

3. A summary detailing the uncontested and contested facts.

4. A summary of the legal issues as to which there is no dispute, *i.e.*, jurisdiction, venue, applicable federal or state law, etc., as well as a summary of the disputed legal issues.

5. If any party or parties believe that the case should not be considered for inclusion in the Early Neutral Evaluation (ENE) Project, then a statement of reasons in opposition to and/or in support of inclusion in ENE shall be included.

6. The status of all matters which are presently set before the Court, *i.e.*, hearing all motions, etc.

7. A discovery plan detailing the discovery necessary prior to the ENE session, including a firm cut-off date for such discovery, and a proposed date for disclosure of expert witnesses if appropriate.

8. Dates agreed to by all counsel for:

   (a) Filing the parties' written evaluation statements (statements must be filed at least seven (7) calendar days prior to the ENE session.
   (b) ENE Session date, (the parties are required to attend and a representative of a corporate or other entity must possess reasonable settlement authority, as well as authority to enter into stipulations. Attendance of the attorney expected to be primarily responsible for the case is also required.

9. At the conference referred to above, counsel are encouraged to discuss settlement, and the Court will expect a statement in the Joint Scheduling Report as to the possibility of settlement. Counsel shall indicate whether they feel a settlement conference is desired, and when it should occur, *i.e.*, before further discover, after discovery, after pre-trial motions, etc.

10. A statement as to whether the case is a jury or non-jury case.

11. An estimate of the number of trial days required. When counsel cannot agree, each party shall give his or her estimate.

12. Whether either party requests bifurcation of trial or has any other suggestion for shortening trial. It should be noted that all federal tort Claims cases are bifurcated as a matter of course.

13. Whether this matter is related to any matter pending in this court or any other court, including any bankruptcy court.

**FAILURE TO COMPLY WITH THIS ORDER AND/OR TO APPEAR AT THE SCHEDULING CONFERENCE WILL RESULT IN THE IMPOSITION OF SANCTIONS INCLUDING DISMISSAL, STRIKING PLEADINGS AND DEFAULT.**