# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ABAD | 1: 07 CV 00828 AWI  DLB |
| Plaintiff(s), | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | Settlement Conference: |
| | January 30, 2008 at 10:00 a.m. |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., et al., | Courtroom 9 |
| Defendant. | |

**I.**     **Date of Scheduling Conference**

November 1, 2007.

**II.**     **Appearances of Counsel**

Lilya D. McCoy appeared on behalf of Plaintiff.

David J. kaminski appeared on behalf of Defendant.

**III.**     **Settlement Conference**

A Settlement Conference is scheduled for January 30, 2008 at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons

having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail to DLBOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement **should not be filed** with the Clerk of the Court **nor served on any other party,** although the parties may file a Notice of Lodging of Settlement Conference Statement  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case.

B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.  A summary of the proceedings to date.

D.  An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.  The relief sought.

F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

**Dated:   November 1, 2007**                    _____**/s/ Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1]  Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.