UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| VINCENT ABAD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., a corporation; SPRINT PCS, a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 1:07-CV-00828-OWW-DLB<br><br>**ORDER RE: STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

THIS COURT has reviewed the Stipulation to Continue the January 30, 2008 Settlement Conference in the above-entitled matter. FOR GOOD CAUSE, THE COURT ORDERS AS FOLLOWS:

That the January 30, 2008 Settlement Conference in the above-entitled matter is continued to **March 12, 2008** at **10:00 a.m.**, at the United States District Court, Eastern District, Fresno Division, **(Courtroom 5)** and that said Settlement Conference shall be conducted telephonically, with counsel for Defendant to initiate the telephonic conference.

IT IS SO ORDERED.

    Dated: **January 28, 2008**              **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE