DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
KaminskiD@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant DIVERSIFIED
ADJUSTMENT SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| VINCENT ABAD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., a corporation; SPRINT PCS, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-00828-OWW-DLB<br><br>**ORDER RE: STIPULATION TO DISMISS DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC. ONLY, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of all parties to dismiss with prejudice the Complaint of Plaintiff VINCENT ABAD as to Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC. *only*. Pursuant to the Stipulation between the parties, the Court orders as follows:

1.  That the action filed by Plaintiff VINCENT ABAD as to Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC., ***only***, is hereby dismissed, with prejudice pursuant to FRCP 41(a)(1). No party shall recover fees or costs after dismissal.

**IT IS SO ORDERED:**

DATED: 6/24/2008            /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT COURT JUDGE
                            EASTERN DISTRICT, FRESNO DIVISION

05628.00/142609                     1
                          **ORDER RE DISMISSAL**