UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT ABAD, an individual, | ) | CASE NO. 1: 07-CV-00828-OWW-DLB |
| Plaintiff, | ) ) ) | **ORDER GRANTING MOTION OF PLAINTIFF VINCENT ABAD TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, KERN COUNTY AND REMANDING THE ACTION TO THE KERN COUNTY SUPERIOR COURT** |
| v. | ) ) | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., a corporation; SPRINT PCS, a corporation; and DOES 1 through 20, inclusive, | ) ) ) ) | Action Filed: February 14, 2007 |
| Defendants. | ) ) ) ) | Date: January 26, 2009<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wagner |
| | | Trial Date: None |

Plaintiff's Motion to Remand the Case to the Superior Court of the State of California, Kern County, came before this court on January 26, 2009 at 10:00 a.m., the Hon. Oliver W. Wagner presiding. The motion was unopposed and the court ordered that the matter be taken under submission without oral argument.

The court reviewed plaintiff's Notice of Motion, Motion, Memorandum of Points & Authorities, and the Declaration of Lilys D. McCoy. Good cause having been shown, the court hereby orders:

//

Plaintiff's Motion to Remand the Case to the Superior Court of the State of California,

1

[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF VINCENT ABAD TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, KERN COUNTY AND REMANDING THE ACTION TO THE KERN COUNTY SUPERIOR COURT

1 | Kern County is GRANTED.
2 |     The Clerk of the Court for the United States District Court, Eastern District of California,
3 | is hereby ordered to transfer the case to the Superior Court of the State of California, Kern
4 | County.
5 |
6 | DATED: 3/20/2009          /s/ OLIVER W. WANGER
7 |     OLIVER W. WANGER
    UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF VINCENT ABAD TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, KERN COUNTY AND REMANDING THE ACTION TO THE KERN COUNTY SUPERIOR COURT

PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 5469 Kearny Villa Road, Suite 206, San Diego, California 92123.

On the date shown below, I served the foregoing document(s) described as:
on the interested parties in this action by mail at San Diego, California addressed as follows:

David J. Kaminski, Esq.
CARLSON & MESSER, LLP
5959 West Century Blvd, Suite 1214
Los Angeles, CA 90045

[] **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the addressee.

[] **(BY FACSIMILE)** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed above and the transmission(s) reported as complete and without error.

[] **(BY EXPRESS MAIL)** I caused to be delivered such envelope by overnight express mail.

[] **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 19, 2009, at San Diego, California.

                s/ Lilys D. McCoy
                Attorney for Plaintiff
                E-mail: ldm@mtrlaw.com